## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 19-cv-01812-REB-STV

KEVIN J. HICKS, and
TANYA HICKS,

      Plaintiffs,

vs.

GREAT NORTHERN INSURANCE COMPANY,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the parties' **Stipulation for Dismissal of Action with Prejudice Pursuant to Fed.R.Civ.P. 41** [#39],[1] filed June 23, 2020. After reviewing the stopulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Action with Prejudice Pursuant to Fed.R.Civ.P. 41** [#39], filed June 23, 2020, is approved;

2. That plaintiffs' claims are dismissed with prejudice, with each party to pay their own attorney fees and costs;

3. That all pending deadlines are vacated; and

4. That this case is closed.

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated June 24, 2020, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge